UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-197 JCM (PAL) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| HORACE PAUL GUERRA IV, M.D., | |
| Defendant(s). | |

Presently before the court is defendant Horace Paul Guerra, IV's motion for judicial recommendation of a facility. (ECF No. 17).

On October 25, 2018, the court sentenced Guerra to twelve months and one day of custody to be followed by three years of supervised release for conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846. (ECF Nos. 15, 16). Guerra now requests that the court recommend the following facilities pursuant to 18 U.S.C. § 3621:

1. Taft Correctional Institution
   1500 Cadet Road
   Taft, CA 93268

2. Englewood Federal Correctional Institution
   9595 W. Quincy Ave.
   Littleton, CO 80123

In light of the non-violent nature of Guerra's offense and his family's ability to visit him regularly at these facilities, the court will grant Guerra's motion.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that Guerra's motion for judicial recommendation of facility (ECF No. 17), be and the same hereby is, GRANTED.

DATED November 15, 2018.

                                                                      _____

                                                                      UNITED STATES DISTRICT JUDGE